Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-29022 (JNP)**

Lee C. Deramus and Margaret R. Deramus  
38 Melwood Court  
Sicklerville, NJ  08081-2022

Monthly Payment: $800.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2021 | $800.00 | 02/05/2021 | $800.00 | 03/04/2021 | $800.00 | 04/05/2021 | $800.00 |
| 05/06/2021 | $800.00 | 06/03/2021 | $800.00 | 07/07/2021 | $800.00 | 08/03/2021 | $800.00 |
| 09/03/2021 | $800.00 | 10/05/2021 | $800.00 | 11/03/2021 | $800.00 | 12/02/2021 | $800.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LEE C. DERAMUS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,460.00 | $4,460.00 | $0.00 | $4,460.00 |
| 1 | ALLY FINANCIAL | 28 | $480.00 | $480.00 | $0.00 | $480.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $2,208.86 | $365.44 | $1,843.42 | $134.29 |
| 3 | LVNV FUNDING, LLC | 33 | $833.48 | $137.93 | $695.55 | $50.69 |
| 4 | LVNV FUNDING, LLC | 33 | $1,125.10 | $186.14 | $938.96 | $68.42 |
| 5 | LAKEVIEW LOAN SERVICING, LLC | 24 | $0.24 | $0.24 | $0.00 | $0.24 |
| 6 | JEFFERSON HEALTH - NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $724.12 | $119.85 | $604.27 | $44.03 |
| 8 | KENNEDY MEDICAL GROUP PRACTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MARINER FINANCE, LLC | 33 | $2,679.43 | $443.36 | $2,236.07 | $162.92 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $8,554.80 | $1,023.23 | $7,531.57 | $78.71 |
| 11 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $5,749.51 | $951.29 | $4,798.22 | $349.61 |
| 12 | PNC BANK, N.A. | 33 | $4,888.93 | $808.94 | $4,079.99 | $297.26 |
| 13 | PNC BANK, N.A. | 33 | $29,935.76 | $4,953.24 | $24,982.52 | $1,820.28 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,034.71 | $336.72 | $1,697.99 | $123.72 |
| 15 | SEARS CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CITIBANK, N.A. | 33 | $2,143.81 | $354.75 | $1,789.06 | $130.35 |
| 17 | SOUTH JERSEY F.C.U. | 33 | $7,507.77 | $1,242.28 | $6,265.49 | $456.52 |
| 18 | TD BANK USA, N.A. | 33 | $1,013.13 | $167.67 | $845.46 | $61.59 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. BANK, N.A. | 33 | $5,382.85 | $890.71 | $4,492.14 | $327.31 |
| 21 | VW CREDIT LEASING, LTD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $2,898.14 | $479.58 | $2,418.56 | $176.22 |
| 23 | WELLS FARGO BANK, N.A. | 33 | $2,148.52 | $355.52 | $1,793.00 | $130.64 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MARGARET R DERAMUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CAPITAL ONE BANK USA, N.A. | 33 | $2,681.97 | $443.77 | $2,238.20 | $163.09 |
| 29 | LVNV FUNDING, LLC | 33 | $1,041.52 | $172.28 | $869.24 | $63.32 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 60.00 | $800.00 |
| 11/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,600.00 |
| Total paid to creditors this period: | $9,579.21 |
| Undistributed Funds on Hand: | $732.80 |
| Arrearages: | $0.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**