Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-29022 (JNP)

Lee C. Deramus and Margaret R. Deramus  
38 Melwood Court  
Sicklerville, NJ  08081-2022

Monthly Payment: $800.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $800.00 | 02/04/2022 | $800.00 | 03/03/2022 | $800.00 | 04/04/2022 | $800.00 |
| 05/04/2022 | $800.00 | 06/08/2022 | $800.00 | 07/07/2022 | $800.00 | 08/04/2022 | $800.00 |
| 09/07/2022 | $800.00 | 10/05/2022 | $800.00 | 11/02/2022 | $800.00 | 12/06/2022 | $800.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LEE C. DERAMUS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,460.00 | $4,460.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 28 | $480.00 | $480.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $2,208.86 | $587.52 | $1,621.34 | $231.15 |
| 3 | LVNV FUNDING, LLC | 33 | $833.48 | $221.69 | $611.79 | $87.24 |
| 4 | LVNV FUNDING, LLC | 33 | $1,125.10 | $299.26 | $825.84 | $117.72 |
| 5 | LAKEVIEW LOAN SERVICING, LLC | 24 | $0.24 | $0.24 | $0.00 | $0.00 |
| 6 | JEFFERSON HEALTH - NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $724.12 | $192.60 | $531.52 | $75.82 |
| 8 | KENNEDY MEDICAL GROUP PRACTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MARINER FINANCE, LLC | 33 | $2,679.43 | $712.70 | $1,966.73 | $280.44 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $8,554.80 | $2,275.47 | $6,279.33 | $944.52 |
| 11 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $5,749.51 | $1,529.27 | $4,220.24 | $601.68 |
| 12 | PNC BANK, N.A. | 33 | $4,888.93 | $1,300.39 | $3,588.54 | $511.68 |
| 13 | PNC BANK, N.A. | 33 | $29,935.76 | $7,962.51 | $21,973.25 | $3,132.96 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,034.71 | $541.20 | $1,493.51 | $213.00 |
| 15 | SEARS CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CITIBANK, N.A. | 33 | $2,143.81 | $570.22 | $1,573.59 | $224.40 |
| 17 | FIRST HARVEST CREDIT UNION | 33 | $7,507.77 | $1,996.97 | $5,510.80 | $785.76 |
| 18 | TD BANK USA, N.A. | 33 | $1,013.13 | $269.48 | $743.65 | $106.08 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. BANK, N.A. | 33 | $5,380.90 | $1,431.25 | $3,949.65 | $563.40 |
| 21 | VW CREDIT LEASING, LTD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $2,898.14 | $770.87 | $2,127.27 | $303.36 |
| 23 | WELLS FARGO BANK, N.A. | 33 | $2,148.52 | $571.47 | $1,577.05 | $224.88 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MARGARET R DERAMUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CAPITAL ONE BANK USA, N.A. | 33 | $2,681.97 | $713.37 | $1,968.60 | $280.68 |
| 29 | LVNV FUNDING, LLC | 33 | $1,041.52 | $277.03 | $764.49 | $108.96 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 60.00 | $800.00 |
| 11/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,600.00 |
| Total paid to creditors this period: | $8,793.73 |
| Undistributed Funds on Hand: | $731.20 |
| Arrearages: | $0.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**