UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**IN RE:**

**LEE C DERAMUS AND
MARGARET R DERAMUS**

**Debtors**

Case No.: 19-29022-JNP

Chapter 13

Hearing Date: 08/29/2023 at 11:00 AM

Judge: Jerrold N. Poslusny Jr.

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled          ☐ Withdrawn

Matter: Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.")'s Motion for Relief from the Automatic Stay

DATE: 8/21/23

*/s/ Regina Cohen*
Signature