| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th & Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant |
| IN RE:<br><br>LEE C DERAMUS AND<br>MARGARET R DERAMUS<br><br>                                Debtors |

Order Filed on August 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-29022-JNP

Chapter 13

Hearing Date: 08/29/2023 at 11:00 AM

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER GRANTING RELIEF FROM STAY AS TO MOTOR VEHICLE 2018 RAM RAM 1500 QUAD CAB EXPRESS 4WD 3.6L V6

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: August 22, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors: Lee C Deramus and Margaret R Deramus
Case No.: 19-29022-JNP
Caption of Order: Consent Order Granting Relief from Stay as to Motor Vehicle 2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6

1. Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") ("Creditor") which is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6, V.I.N. 1C6RR7FG8JS344635, (the "Collateral") and Debtors, by and through their undersigned counsel, have agreed to the following with respect to the Motion for Relief from the Automatic Stay of Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") and the response of Debtors thereto, and

2. **IT IS THEREFORE ORDERED** that the automatic stay of Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the Collateral described below to the extent and in the manner provided by any applicable Contract documents and non-bankruptcy law; and

3. **IT IS FURTHER ORDERED** that this grant of relief from stay shall remain in full force and effect notwithstanding any subsequent conversion of the case to another chapter.

4. The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.

5. The debtors waive the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

6. Collateral more fully described as:

2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6, V.I.N. 1C6RR7FG8JS344635

**We hereby consent to the form and entry of the foregoing Order.**

| | |
|---|---|
| Debtors: | Lee C Deramus and Margaret R Deramus |
| Case No.: | 19-29022-JNP |
| Caption of Order: | Consent Order Granting Relief from Stay as to Motor Vehicle 2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6 |

/s/ Tamika Nicole Wyche
Tamika Nicole Wyche
Law Offices of David Paul Daniels, LLC
2985 Yorkship Square
Suite 1A
Camden, NJ 08104
daviddanielslaw@gmail.com
Attorney for Debtors

/s/ Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant