| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. 9004-1(b) <br><br> Lavin, Cedrone, Graver, Boyd & DiSipio <br> Formed in the State of PA <br> Regina Cohen <br> 190 North Independence Mall West 6th & Race Streets <br> Suite 500 <br> Philadelphia, PA 19106 <br> Tel: (215) 351-7551 <br> Fax: (215) 627-2551 <br> E-mail: RCohen@lavin-law.com <br> Attorney for Movant |
| IN RE: <br><br> LEE C DERAMUS AND <br> MARGARET R DERAMUS <br><br> Debtors |

Order Filed on August 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-29022-JNP

Chapter 13

Hearing Date: 08/29/2023 at 11:00 AM

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER GRANTING RELIEF FROM STAY AS TO MOTOR VEHICLE 2018 RAM RAM 1500 QUAD CAB EXPRESS 4WD 3.6L V6

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: August 22, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors: Lee C Deramus and Margaret R Deramus
Case No.: 19-29022-JNP
Caption of Order: Consent Order Granting Relief from Stay as to Motor Vehicle 2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6

1. Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") ("Creditor") which is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6, V.I.N. 1C6RR7FG8JS344635, (the "Collateral") and Debtors, by and through their undersigned counsel, have agreed to the following with respect to the Motion for Relief from the Automatic Stay of Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") and the response of Debtors thereto, and

2. **IT IS THEREFORE ORDERED** that the automatic stay of Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the Collateral described below to the extent and in the manner provided by any applicable Contract documents and non-bankruptcy law; and

3. **IT IS FURTHER ORDERED** that this grant of relief from stay shall remain in full force and effect notwithstanding any subsequent conversion of the case to another chapter.

4. The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.

5. The debtors waive the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

6. Collateral more fully described as:

    2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6, V.I.N. 1C6RR7FG8JS344635

**We hereby consent to the form and entry of the foregoing Order.**

Debtors:         Lee C Deramus and Margaret R Deramus
Case No.:        19-29022-JNP
Caption of Order: Consent Order Granting Relief from Stay as to Motor Vehicle 2018 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6

_/s/ Tamika Nicole Wyche_
Tamika Nicole Wyche
Law Offices of David Paul Daniels, LLC
2985 Yorkship Square
Suite 1A
Camden, NJ 08104
daviddanielslaw@gmail.com
Attorney for Debtors

_/s/ Regina Cohen_
Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

United States Bankruptcy Court
District of New Jersey

In re:  
Lee C Deramus  
Margaret R Deramus  
    Debtors

Case No. 19-29022-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Aug 23, 2023     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Lee C Deramus, Margaret R Deramus, 38 Melwood Ct, Sicklerville, NJ 08081-2022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. as servicer for VW Credit Leasing, Ltd. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Regina Cohen | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") rcohen@lavin-law.com, mmalone@lavin-law.com |
| Tamika Nicole Wyche | on behalf of Joint Debtor Margaret R Deramus daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Tamika Nicole Wyche
    on behalf of Debtor Lee C Deramus daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9