Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-29022 (JNP)

Lee C. Deramus and Margaret R. Deramus  
38 Melwood Court  
Sicklerville, NJ  08081-2022

Monthly Payment: $800.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $800.00 | 02/02/2023 | $800.00 | 03/06/2023 | $800.00 | 04/04/2023 | $800.00 |
| 05/03/2023 | $800.00 | 06/06/2023 | $800.00 | 07/06/2023 | $800.00 | 08/07/2023 | $800.00 |
| 09/05/2023 | $800.00 | 10/04/2023 | $800.00 | 11/07/2023 | $800.00 | 12/04/2023 | $800.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LEE C. DERAMUS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,460.00 | $4,460.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 28 | $480.00 | $480.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $2,208.86 | $817.18 | $1,391.68 | $229.66 |
| 3 | LVNV FUNDING, LLC | 33 | $833.48 | $308.35 | $525.13 | $86.66 |
| 4 | LVNV FUNDING, LLC | 33 | $1,125.10 | $416.24 | $708.86 | $116.98 |
| 5 | LAKEVIEW LOAN SERVICING, LLC | 24 | $0.24 | $0.24 | $0.00 | $0.00 |
| 6 | JEFFERSON HEALTH - NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $724.12 | $267.89 | $456.23 | $75.29 |
| 8 | KENNEDY MEDICAL GROUP PRACTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MARINER FINANCE, LLC | 33 | $2,679.43 | $991.26 | $1,688.17 | $278.56 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $8,554.80 | $3,164.87 | $5,389.93 | $889.40 |
| 11 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $5,749.51 | $2,127.05 | $3,622.46 | $597.78 |
| 12 | PNC BANK, N.A. | 33 | $4,888.93 | $1,808.68 | $3,080.25 | $508.29 |
| 13 | PNC BANK, N.A. | 33 | $29,935.76 | $11,074.82 | $18,860.94 | $3,112.31 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,034.71 | $752.75 | $1,281.96 | $211.55 |
| 15 | SEARS CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CITIBANK, N.A. | 33 | $2,143.81 | $793.11 | $1,350.70 | $222.89 |
| 17 | FIRST HARVEST CREDIT UNION | 33 | $7,507.77 | $2,777.52 | $4,730.25 | $780.55 |
| 18 | TD BANK USA, N.A. | 33 | $1,013.13 | $374.81 | $638.32 | $105.33 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. BANK, N.A. | 33 | $5,380.90 | $1,990.68 | $3,390.22 | $559.43 |
| 21 | VW CREDIT LEASING, LTD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE, N.A. | 33 | $2,898.14 | $1,072.18 | $1,825.96 | $301.31 |
| 23 | WELLS FARGO BANK, N.A. | 33 | $2,148.52 | $794.86 | $1,353.66 | $223.39 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MARGARET R DERAMUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CAPITAL ONE, N.A. | 33 | $2,681.97 | $992.20 | $1,689.77 | $278.83 |
| 29 | LVNV FUNDING, LLC | 33 | $1,041.52 | $385.31 | $656.21 | $108.28 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 60.00 | $800.00 |
| 11/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,600.00 |
| Total paid to creditors this period: | $8,686.49 |
| Undistributed Funds on Hand: | $723.20 |
| Arrearages: | $800.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**