# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

LEE C DERAMUS

MARGARET R DERAMUS

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 15

**Case Number:** 19-29022

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only         [✓] Payment only         ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Payment Processing Center | Payment Processing Center |
| P.O. Box 78367 | P.O. Box 660618 |
| Phoenix, AZ 85062 | Dallas, TX 75266-0618 |

Date: 07/10/2024

/s/ Ajay Mohite

Creditor's Authorized Agent for Ally Bank Lease Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In RE:

LEE C DERAMUS
MARGARET R DERAMUS

Debtor(s)

Chapter: 13

Case Number: 19-29022

## Certificate of Service

I certify that on 07/10/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
TAMIKA NICOLE WYCHE
DAVIDDANIELSLAW@GMAIL.COM

Trustee
ANDREW B FINBERG

United States Trustee
US TRUSTEE

/s/ Ajay Mohite
Ajay Mohite
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com