Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–29022–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lee C Deramus | Margaret R Deramus |
| 38 Melwood Ct | 38 Melwood Ct |
| Sicklerville, NJ 08081–2022 | Sicklerville, NJ 08081–2022 |

Social Security No.:
  xxx–xx–7648                        xxx–xx–6295

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Lee C Deramus and Margaret R Deramus</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: November 21, 2024
JAN: def

                                                                       <u>Jeanne Naughton, Clerk</u>