Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29022−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lee C Deramus
38 Melwood Ct
Sicklerville, NJ 08081−2022

Margaret R Deramus
38 Melwood Ct
Sicklerville, NJ 08081−2022

Social Security No.:
xxx−xx−7648

xxx−xx−6295

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Lee C Deramus and Margaret R Deramus</u>
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 21, 2024
JAN: def

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court
District of New Jersey

In re:  
Lee C Deramus  
Margaret R Deramus  
    Debtors

Case No. 19-29022-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 21, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Lee C Deramus, Margaret R Deramus, 38 Melwood Ct, Sicklerville, NJ 08081-2022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit  Inc. as servicer for VW Credit Leasing, Ltd. bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Regina Cohen | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") rcohen@lavin-law.com, mmalone@lavin-law.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 21, 2024 | Form ID: ntcfncur | Total Noticed: 1

Tamika Nicole Wyche
       on behalf of Joint Debtor Margaret R Deramus daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

Tamika Nicole Wyche
       on behalf of Debtor Lee C Deramus daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10