| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lee C Deramus<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7648<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Margaret R Deramus<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6295<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19-29022-JNP | | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lee C Deramus                                   Margaret R Deramus

<u>3/11/25</u>                                     **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-29022-JNP
Lee C Deramus  Chapter 13
Margaret R Deramus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Mar 11, 2025     Form ID: 3180W     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Lee C Deramus, Margaret R Deramus, 38 Melwood Ct, Sicklerville, NJ 08081-2022 |
| cr | + | VW Credit, Inc. as servicer for VW Credit Leasing,, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518499898 | | Jefferson Health - NJ, PO Box 48023, Newark, NJ 07101-4823 |
| 518499900 | | Kennedy Medical Group Practice, PO Box 95000, Philadelphia, PA 19195-0001 |
| 518499901 | | Mariner Finance, 5851 Route 42 Ste 16, Turnersville, NJ 08012-1460 |
| 518499914 | | Wells Fargo, PO Box 563966, Charlotte, NC 28256-3966 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2025 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2025 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518600358 | | EDI: GMACFS.COM | Mar 12 2025 00:44:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 519259744 | + | EDI: AISACG.COM | Mar 12 2025 00:50:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519259744 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2025 21:22:05 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518499893 | | EDI: GMACFS.COM | Mar 12 2025 00:44:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 518499894 | | EDI: CAPITALONE.COM | Mar 12 2025 00:44:00 | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518499894 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 21:22:55 | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518564024 | + | EDI: AIS.COM | Mar 12 2025 00:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518564024 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2025 21:23:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518552974 | + | EDI: AIS.COM | Mar 12 2025 00:50:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-29022-JNP    Doc 54    Filed 03/13/25    Entered 03/14/25 00:14:52    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 518552974 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2025 21:37:10 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518499895 | | EDI: CITICORP | Mar 12 2025 00:44:00 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518616321 | | EDI: CITICORP | Mar 12 2025 00:44:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518499896 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2025 22:15:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518621016 | | Email/Text: servicingmailhub@flagstar.com | Mar 11 2025 21:16:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2636 |
| 518499897 | | Email/Text: servicingmailhub@flagstar.com | Mar 11 2025 21:16:00 | Flagstar Bank, FSB, PO Box 660263, Dallas, TX 75266-0263 |
| 518526611 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 11 2025 21:17:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518615429 | | EDI: JEFFERSONCAP.COM | Mar 12 2025 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518499899 | | EDI: TSYS2 | Mar 12 2025 00:44:00 | Juniper Card Service, PO Box 8802, Wilmington, DE 19899-8802 |
| 518567934 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2025 21:23:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518614419 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 11 2025 21:14:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518531552 | + | EDI: AGFINANCE.COM | Mar 12 2025 00:44:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518535322 | + | EDI: AGFINANCE.COM | Mar 12 2025 00:44:00 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518499902 | | EDI: AGFINANCE.COM | Mar 12 2025 00:44:00 | One Main Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 518499903 | | EDI: AGFINANCE.COM | Mar 12 2025 00:44:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518583138 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518499904 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC Bank, N.A., PO Box 856177, Louisville, KY 40285-6177 |
| 518588904 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518620928 | | EDI: PRA.COM | Mar 12 2025 00:50:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 518499905 | | EDI: SYNC | Mar 12 2025 00:44:00 | Sam's/SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
| 518499905 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2025 21:53:16 | Sam's/SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
| 518499906 | | EDI: CITICORP | Mar 12 2025 00:44:00 | Sears Credit Card, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518499907 | | EDI: CITICORP | Mar 12 2025 00:44:00 | Shop Your Way, PO Box 78024, Phoenix, AZ 85062-8024 |
| 518499908 | | Email/Text: courts@southjerseyfcu.com | Mar 11 2025 21:16:00 | South Jersey FCU, PO Box 5530, Deptford, NJ 08096-0530 |
| 518560337 | + | Email/Text: courts@southjerseyfcu.com | Mar 11 2025 21:16:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, Deptford NJ 08096-6406 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 518501685 | ^ | MEBN | Mar 11 2025 20:57:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518532208 | + | Email/Text: bncmail@w-legal.com | Mar 11 2025 21:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518499910 | | EDI: WTRRNBANK.COM | Mar 12 2025 00:50:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518612005 | | EDI: USBANKARS.COM | Mar 12 2025 00:50:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518499911 | | EDI: USBANKARS.COM | Mar 12 2025 00:50:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 518562354 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 11 2025 21:14:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518499912 | | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 11 2025 21:14:00 | Volkswagen Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 518499913 | | EDI: SYNC | Mar 12 2025 00:44:00 | Walmart Synchony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518499913 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2025 21:22:32 | Walmart Synchony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518589750 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 11 2025 21:24:28 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518499909 | ##+ | SRA Associates, Inc., 112 W Park Dr Ste 200, Mount Laurel, NJ 08054-1261 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | |
| | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

District/off: 0312-1 User: admin Page 4 of 4
Date Rcvd: Mar 11, 2025 Form ID: 3180W Total Noticed: 46

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor VW Credit Inc. as servicer for VW Credit Leasing, Ltd. bk@stewartlegalgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Marisa Myers Cohen
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Regina Cohen
    on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") rcohen@lavin-law.com, mmalone@lavin-law.com

Tamika Nicole Wyche
    on behalf of Debtor Lee C Deramus daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

Tamika Nicole Wyche
    on behalf of Joint Debtor Margaret R Deramus daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10